**ORIGINAL**

# SEALED

IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2022 AUG 23 PM 1:33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND STATE OF TEXAS *ex rel.* RICHARD GOODE | § § § | Civil Action No. 3:20-CV-1845-E |
| Relator | § § | **[FILED UNDER SEAL]** |
| vs. | § § | |
| Children's Medical Center of Dallas, Children's Health System of Texas, Dallas County Hospital District, d/b/a Parkland Hospital, | § § § § § | |
| Defendants | § § § § § | |

## PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), 31 U.S.C. § 3730(b)(1), and Tex. Hum. Res. Code 36.102(e), *qui tam* Plaintiff-Relator Richard Goode, before service on Defendants, hereby submit this notice of voluntary dismissal of the Complaint without prejudice.

Relator filed the Complaint in this action on [date]. The Complaint alleges violation of the federal False Claims Act, 31 U.S.C. § 3729 *et seq.* ("FCA") and the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code § 36.001 *et seq.* ("TMFPA"). The case remains under seal pursuant to court order.

Rule 41(a)(1) of the Federal Rules of Civil Procedure permits a plaintiff to notice the dismissal of an action without prejudice before the defendants have been served with the complaint. Rule 41(a)(1) provides in pertinent part:

> (A) Without a Court Order. Subject to . . . any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . .

1

(B) Effect. Unless the notice or stipulation states otherwise, the dismissal is
without prejudice. . .

In this case, Defendants have not yet served either an answer or a motion for summary judgment.

Under the FCA and TMFPA, a *qui tam* plaintiff may dismiss a *qui tam* complaint only with the written consent of the government and the Court.  31 U.S.C. § 3730(b)(1), Tex. Hum. Res. Code 36.102(e). In advance of filing this pleading, Relator's counsel informed counsel for the United States and Texas of his intention to file this notice of voluntary dismissal. Counsel for the United States and Texas will file a notice with the Court indicating whether they assent to the voluntary dismissal without prejudice. This case should not be dismissed until they have done so. Relator's counsel has not solicited Defendants' position because the case is under seal and the Defendants have neither been served with the Complaint nor entered an appearance in this proceeding.

Assuming the United States and Texas file notices of consent to this dismissal, Relator moves the Court to then enter the dismissal of the Complaint without prejudice. A proposed order is attached hereto for the Court's convenience.

DATED: August 23, 2022                                    Respectfully submitted,


                                                         **WATERS & KRAUS**

                                                         _Siegel_
                                                         Charles S. Siegel, TX Bar No. 18341875
                                                         Caitlyn E. Silhan, TX Bar No. 24072879
                                                         3141 Hood Street
                                                         Suite 700
                                                         Dallas, Texas 75219
                                                         Tel. 214-357-6244
                                                         Fax. 214-871-2263

                                                         *Attorneys for Relator, Richard Goode*

## CERTIFICATE OF SERVICE

I certify that on August 23, 2022, I caused accurate copies of the foregoing Plaintiff-Relator's Notice of Voluntary Dismissal, together with the Proposed Order, to be served by electronic mail addressed as follows:

Counsel for the United States:

Richard J. Guiltinan
Assistant United States Attorney
Richard.Guiltinan@usdoj.gov

Counsel for the State of Texas:

Craig Jacobs
Assistant Attorney General
Craig.Jacobs@oag.texas.gov

Caitlyn E. Silhan

IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA AND
STATE OF TEXAS *ex rel.* RICHARD
GOODE

  Relator

vs.

Children's Medical Center of Dallas,
Children's Health System of Texas,
Dallas County Hospital District, d/b/a
Parkland Hospital,

  Defendants

§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 3:20-CV-1845-E

**[FILED UNDER SEAL]**

## PROPOSED ORDER

UPON CONSIDERATION of *qui tam* Plaintiff-Relator's Notice of Voluntary Dismissal, and the files and records in this case, it is hereby ORDERED that:

The Complaint in this action shall be dismissed without prejudice.

SIGNED on this _____ day of August, 2022.

_____
Ada Brown
United States District Court Judge

4