SEALED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2022 AUG 24  AM 11: 48

DEPUTY CLERK_____ mb

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS *ex rel.* RICHARD GOODE, | ) ) ) ) | Civil Action No. 3:20-cv-1845-E |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **FILED UNDER SEAL** |
| CHILDREN'S MEDICAL CENTER OF DALLAS, CHILDREN'S HEALTH SYSTEM OF TEXAS, DALLAS COUNTY HOSPITAL DISTRICT d/b/a PARKLAND HOSPITAL, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## STATE OF TEXAS' NOTICE OF CONSENT TO DISMISSAL

On August 23, 2022, Relator Richard Goode filed *Plaintiff-Relator's Notice of Voluntary Dismissal*, seeking dismissal of this suit without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The State of Texas consents to such dismissal without prejudice.

Accordingly, the undersigned counsel hereby notifies the Court, pursuant to Section 36.201(e) of the Texas Medicaid Fraud Prevention Act,[1] of the State of Texas' consent to the Relator's voluntary dismissal of this suit without prejudice as to the State of Texas.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

---

1 TEX. HUM. RES. CODE § 36.102(e).

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

*/s/ Craig M. Jacobs*
CRAIG M. JACOBS
Texas Bar No. 24078726

Assistant Attorneys General
Civil Medicaid Fraud Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 475-4193
Fax: (512) 936-0674

**ATTORNEYS FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served via email on August 24, 2022, to:

Caitlyn E. Silhan, TX Bar No. 24072879
kpressley@waterskraus.com
**Counsel for Relator Richard Goode**

Richard J. Guiltinan
Assistant United States Attorney
Richard.Guiltinan@usdoj.gov
**Counsel for the United States**

*/s/ Craig M. Jacobs*
CRAIG M. JACOBS