

SEALED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 AUG 24   AM 10: 34

DEPUTY CLERK_____ _mb

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF TEXAS *ex rel.* RICHARD GOODE, | |
| Plaintiffs, | Civil Action No. 3:20-CV-1845-E |
| v. | FILED IN SEALED CASE |
| CHILDREN'S MEDICAL CENTER OF DALLAS, CHILDREN'S HEALTH SYSTEM OF TEXAS, AND DALLAS COUNTY HOSPITAL DISTRICT d/b/a PARKLAND HOSPITAL, | |
| Defendants. | |

## UNITED STATES OF AMERICA'S CONSENT TO DISMISSAL

1.     On August 23, 2022, Relator Richard Goode filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing Relator's claims under the False Claims Act, 31 U.S.C. § 3729.

2.     The United States of America, pursuant to 31 U.S.C. § 3730(b)(1), consents to the dismissal of claims under 31 U.S.C. § 3729 provided such dismissal is without prejudice to the United States.

3.     Additionally, the United States moves the Court to lift the seal on Relator's Complaint, Relator's Notice of Dismissal, this Consent to Dismissal, and the Court's Order of Dismissal, and any future filings in this matter unless otherwise ordered by the Court. The United States asks that all other materials in this matter (including, but not

**United States of America's Consent to Dismissal - Page 1**

limited to, any applications filed by the United States for an extension of time in which to

intervene or for any other reason) remain under seal and not be made public at any time

because in discussing the content and extent of the United States' investigation, such

papers are provided by law to the Court alone for the sole purpose of evaluating whether

the seal and time for making an election to intervene should be extended.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

RICHARD J. GUILTINAN
Assistant United States Attorney
Texas Bar No. 24074332
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8600
Facsimile:  214-659-8807
Email: richard.guiltinan@usdoj.gov

Attorneys for the United States of America

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, a copy of the foregoing notice and
proposed Order were mailed by first class mail to counsel for Relator:

Charles S. Siegel
Caitlyn Silhan
WATERS & KRAUS, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219

RICHARD J. GUILTINAN
Assistant United States Attorney

United States of America's Consent to Dismissal - Page 2